SHOOK, HARDY & BACON L.L.P.
Reade A. Bramer (SBN: 294016)
One Montgomery, Suite 2700
San Francisco, CA 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
Email: rbramer@shb.com
Attorney for Defendant Johnson Controls Battery Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTONIO ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE PARTS, INC., JOHNSON CONTROLS BATTERY GROUP, INC., et al.,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>Complaint Filed:    August 1, 2017 |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Johnson Controls Battery Group, Inc. ("JCBGI"), through counsel, hereby removes the above-captioned case from the Superior Court of the State of California, County of Alameda, to the United States District Court for the Northern District of California. In support of this Notice, JCBGI states:

**REMOVAL STANDARD**

1.  Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

2.  Under 28 U.S.C. § 1332(a)(1), federal courts have original jurisdiction over any civil action "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States[.]"

1

3.  "[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . . ." 28 U.S.C. § 1332(c)(1).

### THE REMOVED CASE

4.  Plaintiff filed this civil action on August 1, 2017, in the Superior Court of the State of California for the County of Alameda, styled *Montonio Robinson v. AutoZone Parts, Inc., et al.*, Case No. RG17869821.

5.  In accordance with 28 U.S.C. § 1446(a), JCBGI attaches to this Notice of Removal a copy of all process, pleadings, and orders served upon them in this action as part of this Notice. The following exhibits to this Notice are attached:

- Exhibit A    Copy of Plaintiff's Summons and Complaint served upon JCBGI.
- Exhibit B    Copy of JCBGI's Answer to Plaintiff's Complaint

### THE REMOVAL IS TIMELY

6.  Plaintiff Montonio Robinson ("Plaintiff") filed this action in the Supreme Court of the State of California, County of Alameda on August 1, 2017 (the "State Court Action"). JCBGI was served with Plaintiff's Complaint on August 10, 2017. Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b). *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .").

### VENUE IS PROPER

7.  This case was brought in the Superior Court of California for the County of Alameda. Alameda County is within the Northern District of California. Pursuant to 28 U.S.C. § 1441(a), venue in the United States District Court for the Northern District of California is proper because said court is the "District Court of the United States for the district and division embracing the place where [the State Court] [A]ction is pending." 28 U.S.C. § 1441(a).

### GROUNDS FOR REMOVAL

8.  This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1)

because complete diversity of citizenship exists and the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest. Further, as discussed above, removal is timely.

### A. Diversity of Citizenship Exists Between the Parties

9. This is a civil action that falls under the Court's original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship) and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

10. JCBGI is informed and believes and on that basis alleges that at all times material hereto, Plaintiff alleged to have been a resident and citizen of the State of California.

11. JCBGI is a Wisconsin corporation with its principal place of business in Wisconsin. JCBGI is a citizen of Wisconsin.

12. JCBGI is informed and believes and on that basis alleges that AutoZone Parts, Inc. is a Nevada corporation with its principal place of business in Tennessee. AutoZone Parts, Inc. consents to this removal.

13. Pursuant to 28 U.S.C. § 1441, the citizenship of the Doe Defendants is immaterial for determining diversity jurisdiction since "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1); *Soliman v. Philip Morris Inc.*, 311 F.3d 966, 971 (9th Cir. 2002) ("The citizenship of fictitious defendants is disregarded for removal purposes and becomes relevant only if and when the plaintiff seeks leave to substitute a named defendant.").

### B. All Defendants Have Consented to Removal

14. All served defendants consent to this removal pursuant to 28 § U.S.C. 1446(b)(2). Declaration of Reade A. Bramer ("Bramer Decl.") ¶ 2.

### C. The amount-in-controversy requirement is satisfied

15. The Complaint does not expressly state the specific amount in controversy. Where, as here, a complaint does not allege a specific amount of damages, "the district court may consider whether it is 'facially apparent' from the complaint that the jurisdictional amount has been satisfied." *Singer v. State Farm Mut. Auto. Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997); *see also Simmons v. PCR Tech.*, 209 F. Supp. 2d 1029, 1031 (N.D. Cal. 2002) (same); *accord Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1063 (11th Cir. 2010) (noting that the court "found no case in any other circuit

that purports to prohibit a district court from employing its judicial experience or common sense in discerning whether the allegations in a complaint facially establish the jurisdictionally required amount in controversy").

16. Plaintiff alleges that "an OPTIMA car battery dropped onto Plaintiff's foot inside Defendant, AutoZone Parts, Inc.'s retail store located at 3525 MacArthur Blvd., City of Oakland, County of Alameda, State of California." Ex. A. Plaintiff alleges compensatory damages related to wage loss, hospital and medical expenses, and general damages. Ex. A at ¶ 11.

17. Although the Complaint is silent as to the exact amount of damages, Plaintiff's allegations of wage loss, previous medical expenses, and possible future medical expenses demonstrate that Plaintiff's alleged damages are in excess of $75,000, exclusive of interest and costs.

18. Given Plaintiff's alleged damages, the amount in controversy requirement is satisfied.

## NOTICE GIVEN

19. Pursuant to 28 U.S.C. § 1446(d), Defendants will file a Notice of Removal with the Clerk of the Superior Court of Alameda County, California, the state court in which the action is currently pending, and will serve a copy of this notice on all parties to the removed action.

## DEMAND FOR JURY TRIAL

20. Defendants hereby demand a jury trial in this action.

WHEREFORE, in accordance with the authorities set forth above, JCBGI hereby removes this action from the Superior Court of Alameda County, California, to the United States District Court for the Northern District of California.

Respectfully submitted

Dated: September 11, 2017

SHOOK, HARDY & BACON L.L.P.

By: /s/ Reade A. Bramer
READE A. BRAMER

Attorney for Defendant Johnson Controls Battery Group, Inc.

## PROOF OF SERVICE

I hereby certify that on this 11th day of September, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

_____
SIGNATURE

# SERVICE LIST

*Montonio Robinson v. AutoZone Parts, Inc., Johnson Controls Battery Group, Inc., et al.*

Case No: RG17869821

| Louis G. Beary<br>LAW OFFICES OF LOUIS G. BEARY<br>5000 Roberts Lake Road, Suite B<br>Rohnert Park, CA 94928<br>Telephone: (707) 495-4454<br>Facsimile: (707) 586-0218<br>Email: lgbeary@gmail.com<br><br>***Attorney for Plaintiff*** | Peter Dubrawski<br>HAIGHT BROWN & BONESTEEL, LLP<br>555 South Flower Street<br>Forty-Fifth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 542-8000<br>Facsimile: (213) 542-8100<br><br>***Attorneys for AutoZone Parts, Inc.*** |