SHOOK, HARDY & BACON L.L.P.
Reade A. Bramer (SBN: 294016)
One Montgomery, Suite 2700
San Francisco, CA 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
Email: rbramer@shb.com
Attorney for Defendant Johnson Controls Battery Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTONIO ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE PARTS, INC., JOHNSON CONTROLS BATTERY GROUP, INC., et al.,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF READE A. BRAMER IN SUPPORT OF DEFENDANT JOHNSON CONTROLS BATTERY GROUP, INC'S NOTICE OF REMOVAL**<br><br>Complaint Filed:   August 1, 2017 |

I, Reade A. Bramer, declare and state as follows:

1. I am an attorney with the law firm of Shook, Hardy & Bacon L.L.P., and counsel of record for Defendant Johnson Controls Battery Group, Inc. in the above-titled action. This declaration is based upon my personal knowledge, except as to those matters stated on information and belief and, as to those matters, I believe them to be true. If called upon as a witness, I could and would competently testify as to the facts set forth therein.

2. AutoZone Parts, Inc. consents to this removal.

3. Attached as **Exhibit A** is a true and correct copy of all process, pleadings, and orders served upon Johnson Controls Battery Group, Inc.

4. Attached as **Exhibit B** is a true and correct copy of Johnson Control Battery Group, Inc.'s Answer to Plaintiff's Complaint, filed in the Superior Court of California, Alameda County on September 11, 2017.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed September
2  11, 2017 at San Francisco.

3
4  _____
5  READE A. BRAMER

## PROOF OF SERVICE

I hereby certify that on this 11th day of September, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

_____
SIGNATURE

# SERVICE LIST

*Montonio Robinson v. AutoZone Parts, Inc., Johnson Controls Battery Group, Inc., et al.*

Case No: RG17869821

| | |
|---|---|
| Louis G. Beary<br>LAW OFFICES OF LOUIS G. BEARY<br>5000 Roberts Lake Road, Suite B<br>Rohnert Park, CA 94928<br>Telephone: (707) 495-4454<br>Facsimile: (707) 586-0218<br>Email: lgbeary@gmail.com<br><br>***Attorney for Plaintiff*** | Peter Dubrawski<br>HAIGHT BROWN & BONESTEEL, LLP<br>555 South Flower Street<br>Forty-Fifth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 542-8000<br>Facsimile: (213) 542-8100<br><br>***Attorneys for AutoZone Parts, Inc.*** |

389064 V1    NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT