1 | Louis G. Beary (SBN 152341)
Law Offices of Louis G. Beary
2 | 5000 Roberts Lake Road, Suite B
Rohnert Park, CA 94928
3 | Telephone: (707) 495-4454
Facsimile: (707) 586-0218
4 | Email: lgbeary@gmail.com

5 | Attorneys for Plaintiff
MONTONIO ROBINSON
6 |

7 | Gabriel S. Spooner (SBN 263010)
SHOOK, HARDY & BACON L.L.P.
8 | 5 Park Plaza, Suite 1600
Irvine, California 92614
9 | Telephone: 949-475-1500
Facsimile: 949-475-0016
10 | Email: gspooner@shb.com

11 | Attorneys for Defendant
JOHNSON CONTROLS BATTERY GROUP, INC.

12 | Peter Dubrawski (SBN 65677)
Sarah A. Marsey (SBN 297911)
13 | HAIGHT BROWN & BONESTEEL, LLP
555 South Flower Street
14 | Forty-Fifth Floor
Los Angeles, CA 90071
15 | Telephone: (213) 542-8000
Facsimile: (213) 542-8100
16 |

17 | Attorneys for Defendant
AUTOZONE PARTS, INC.

18 |              UNITED STATES DISTRICT COURT

19 |              NORTHERN DISTRICT OF CALIFORNIA

20 | MONTONIO ROBINSON,                    | Case No.  17-cv-05247-JSW

21 |         Plaintiff,                    | Judge: Hon. Jeffrey S. White
                                           | Courtroom: 5
22 |    v.
                                           | **STIPULATED DISMISSAL**
23 | AUTOZONE PARTS, INC. et al.,

24 |         Defendant.

25 |

26 |

27 |

28 |

481634 v1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Montonio Robinson and Defendants AutoZone Parts, Inc. and Johnson Controls Battery Group, Inc., by and through their respective counsel of record, hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own costs and attorneys' fees.

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document was obtained from each of the documents signatories.

| Dated: July 20, 2018 | LAW OFFICES OF LOUIS G. BEARY |
| --- | --- |
| | */s/ Louis G. Beary* |
| | Louis G. Beary |
| | Attorneys for Plaintiff |

| Dated: July 20, 2018 | HAIGHT BROWN & BONESTEEL LLP |
| --- | --- |
| | */s/ Sarah A. Marsey* |
| | Sarah A. Marsey |
| | Attorneys for Defendant AUTOZONE PARTS, INC. |

| Dated: July, 2018 | SHOOK, HARDY & BACON L.L.P. |
| --- | --- |
| | */s/ Gabriel S. Spooner* |
| | Gabriel S. Spooner |
| | Attorneys for Defendant JOHNSON CONTROLS BATTERY GROUP, INC. |